Jonathan L. Hochman (JH-7072)
Daniel E. Shaw (DS-8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UBS REAL ESTATE SECURITIES INC.,

            Plaintiff,

-against-

LANCASTER MORTGAGE BANKERS, LLC,

            Defendant.
-------------------------------------------------------------x

07 Civ. 4815 (AKH)

**RULE 7.1 STATEMENT**

(*Electronically Filed*)

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, please be advised that Plaintiff UBS Real Estate Securities Inc. is a private non-governmental entity that is a wholly-owned subsidiary of UBS Americas Inc., which is itself a wholly-owned subsidiary of UBS AG.

Dated: New York, New York
       June 5, 2007

                                SCHINDLER COHEN & HOCHMAN LLP

                                By: _____
                                  Jonathan L. Hochman (JH-7072)
                                  Daniel E. Shaw (DS-8129)
                                100 Wall Street, 15th Floor
                                New York, New York 10005
                                (212) 277-6300

                                *Attorneys for Plaintiff UBS Real Estate Securities Inc.*

{00031629}