AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

UBS REAL ESTATE SECURITIES INC.

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:

LANCASTER MORTGAGE BANKERS, LLC

## 07 CV 4815

## Judge Hellerstein

TO: (Name and address of defendant)

LANCASTER MORTGAGE BANKERS, LLC
20 INDEPENDENCE BOULEVARD
WARREN, NEW JERSEY 07059

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JONATHAN L. HOCHMAN, ESQ.
SCHINDLER COHEN & HOCHMAN LLP
100 WALL STREET, 15th FLOOR
NEW YORK, NEW YORK 10005
(212) 277-6300

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE    JUN 0 6 2007

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____

_____

_____

☐  Other *(specify)*: _____

_____

_____

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| **DECLARATION OF SERVER** |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     _____
                Date                                                 Signature of Server

                                                 _____
                                                 Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UBS REAL ESTATE SECURITIES INC.,                    :
                                                    :          07 Civ. 4815 (AKH)
                                    Plaintiff,      :
                                                    :          **ECF Case**
        -against-                                   :
                                                    :          **AFFIDAVIT OF SERVICE**
LANCASTER MORTGAGE BANKERS, LLC,     :
                                                    :
                                    Defendant.      :
-------------------------------------------------------------x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

DANIELLE C. NOUNE, being duly sworn, deposes and says that deponent is not a party

to this action, is over eighteen years of age, and has a business address of 100 Wall Street, 15th

Floor, New York, New York 10005.

On June 11, 2007, deponent served: (i) Summons; (ii) Complaint; (iii) Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure; (iv) Civil Cover Sheet; (v)

Individual Practices of Judge Alvin Hellerstein; (vi) Individual Practices of Judge James C.

Francis; (vii) 3rd Amended Instructions for Filing an Electronic Case or Appeal; (viii) Procedures

for Electronic Case Filing; and (ix) Guidelines for Electronic Case Filing upon Defendant

Lancaster Mortgage Bankers, LLC, by personally delivering to the offices of CT Corporation

System, registered agent of Lancaster Mortgage Bankers, LLC, located at 111 Eighth Avenue,

New York, New York 10011, and leaving with Ms. Satti Jairam, Process Specialist, true and

correct copies thereof.

Ms. Jairam is an Indian-American Female, about 35 years of age, 5'5" and 140 lbs., and

has brown hair. Ms Jairam accepted service on behalf of Lancaster Mortgage Bankers, LLC.

{00031702}

Danielle C. Nouné

Sworn to before me this
12th day of June, 2007

Notary Public
**DANIEL E. SHAW**
**Notary Public, State of New York**
**No. 02SH6125837**
**Qualified in New York County**
**Commission Expires April 25, 2009**

{00031702}                                    – 2 –