UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
UBS REAL ESTATE SECURITIES INC.,

                    Plaintiff,        :

      -against-                       :

LANCASTER MORTGAGE BANKERS, LLC,   :

                 Defendant.     :
---------------------------------------------------------------x

07 Civ. 4815 (AKH)

**DEFAULT JUDGMENT**

This action having been commenced on June 6, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant Lancaster Mortgage Bankers, LLC, on June 11, 2007, by serving Ms. Satti Jairam, a process specialist at CT Corporation System, the registered agent of defendant Lancaster Mortgage Bankers, LLC, and a proof of such service having been filed on June 12, 2007, and the defendant not having answered or otherwise responded to the Complaint, and the time for answering or otherwise responding to the Complaint having expired, it is

ORDERED, ADJUDGED, AND DECREED:  That the plaintiff UBS Real Estate Securities Inc. have judgment against defendant Lancaster Mortgage Bankers, LLC in a liquidated amount to be determined by the Court, and including interest, as well as costs and disbursements of this action, in amounts also to be determined by the Court.

Dated: New York, New York

_____

_____
U.S.D.J.

This document was entered on the docket on _____.