**MEMO ENDORSED**

**SCHINDLER COHEN & HOCHMAN** LLP

100 Wall Street
15th Floor
New York, N.Y. 10005
Tel (212) 277-6300
Fax (212) 277-6333

August 28, 2007

**BY FAX**

Honorable James C. Francis, IV
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/07

Re: *UBS Real Estate Securities Inc. v. Lancaster Mortgage Bankers, LLC,*
07 Civ. 4815 (AKH) (JCF)

Dear Judge Francis:

This firm is counsel to plaintiff UBS Real Estate Securities Inc. ("UBS") in the above-referenced action. On August 6, 2007, this Court sent us a letter directing us to submit Proposed Findings of Fact and Conclusions of Law by September 4. We write now to request a one week extension of that due date, until September 11. Given August vacation schedules and the upcoming Labor Day weekend, it has proven more difficult than anticipated to collect the required information.

This is the first request for such an extension. We have not consulted defendant in this request as it has never appeared in this action, and defendant's phones are not answered.

Thank you for your consideration. Please do not hesitate to contact me with any questions.

Respectfully,

Daniel E. Shaw

cc: Lancaster Mortgage Bankers, LLC (by fax & U.S. Mail)

{00033462}

8/29/07
Application granted.
SO ORDERED.
James C. Francis IV
USMJ